UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAURICE A. JACKSON,

    Plaintiff,

v.

RASHONDA POLLION, *et al.*

    Defendants.

Case No. 09-cv-688-JPG-PMF

## JUDGMENT

    This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

    IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count I (deliberate indifference to serious medical needs (hypertension) in violation of the Eighth Amendment) is entered in favor of defendants Rashonda Pollion and James Ryan and against plaintiff Maurice A. Jackson;

    IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Maurice A. Jackson's claims in Count II (conditions of confinement (lack of water) in violation of the Eighth Amendment) against defendants C/O Polare, James Ryan and John Doe Plumber are dismissed with prejudice; and

    IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Maurice A. Jackson's claims against John Doe Health Care Director are dismissed with prejudice.

**DATED: June 26, 2012**        NANCY J. ROSENSTENGEL, Clerk of Court

                                  By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**